**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00872-CV

## IN THE INTEREST OF L.M.C AND E.H.C., CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54113-2010**

## ORDER

By postcard dated September 30, 2013 we notified Court Reporter Indu Bailey that the reporter's record in this case was overdue. We directed Ms. Bailey to file the reporter's record within thirty days. In response, Ms. Bailey notified the Court that no designation or payment arrangements had been made to produce the record. The Court then directed appellant to provide verification that he had paid for or made arrangements to pay for the record, or that he had been found entitled to proceed without payment of costs. By letter dated October 25, 2013, appellant notified the Court that he had "requested the reporter's record and has made payment and further payment arrangements with the reporter." Therefore, we **ORDER** Indu Bailey to file the reporter's record within **THIRTY DAYS** of the date of this order.

         /s/  ELIZABETH LANG-MIERS
             JUSTICE